234

684 A.2d 121

**COMMONWEALTH of Pennsylvania**

v.

**George H. SNYDER, III, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 17, 1996.

Decided Nov. 8, 1996.

Jeanette D. Dickerson, Hatboro, for George H. Snyder, III.

Mary MacNeil Killinger, Maria C. Dutkowski, Norristown, for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.